1
2
3
4
5
6
7
8
9
10

11 UNITED STATES DISTRICT COURT
12 CENTRAL DISTRICT OF CALIFORNIA
13

14 HECTOR MANUEL CAMPOS-VILLA, ) Case No. CV 11-7207 JST (MRW)
15 )
16 Petitioner, ) ORDER ACCEPTING FINDINGS AND
    vs. ) RECOMMENDATIONS OF
17 ) UNITED STATES MAGISTRATE
   ARCOLA WASHINGTON ) JUDGE
18 ADDUCI, Warden, )
   )
19 Respondent. )
   _____ )
20

21     Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on
22 file, and the Report and Recommendation of the United States Magistrate Judge.
23 Petitioner has not filed any written objections to the report. The Court accepts the
24 findings and recommendation of the Magistrate Judge with the exception that the
25 Court makes clear in this Order that it treats this Petition as one relating solely to
26 the execution of Petitioner's sentence pursuant to 28 U.S.C. § 2241, and does not
27 purport to dismiss with prejudice any claim pursuant to 28 U.S.C. §2255, which
28 would be properly addressed by the sentencing court. *See* Report and
Recommendation (Doc. 9) at pp. 6-7.

1  IT IS ORDERED that Judgment be entered denying the petition and
2  dismissing this action with prejudice.

DATE: March 2, 2012

_____
HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE