1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| HECTOR MANUEL CAMPOS-VILLA, | ) Case No. CV 11-7207 JST (MRW) |
|---|---|
| Petitioner, | ) JUDGMENT |
| vs. | ) |
| ARCOLA WASHINGTON ADDUCI, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 2, 2012

_____
HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE